Case 4:18-cv-01958   Document 19   Filed on 10/02/18 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 02, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARK BOWMAN TARDY, | § |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. 4:18-CV-1958 |
| TIEMPO COMMUNICATIONS AND UTILITY SERVICES, INC., *et al*, | § |
| Defendants. | § |

## CONDITIONAL ORDER OF DISMISSAL

The Court has been informed that all claims pending in this lawsuit have been settled. The case is therefore **DISMISSED WITHOUT PREJUDICE**. The lawsuit shall be reinstated if either Plaintiff or Defendant represents to the Court, within sixty days of this Order, that the settlement could not be documented completely. The claims will be **DISMISSED WITH PREJUDICE** sixty days after the entry of this Order unless either party moves for reinstatement or an extension of the conditional dismissal period before that date.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 2nd day of October, 2018.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE