United States District Court
Southern District of Texas
**ENTERED**
November 21, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **MARK BOWMAN TARDY,** | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-1958 |
| | § § | |
| **TIEMPO COMMUNICATIONS AND UTILITY SERVICES, INC.,** *et al,* | § § § | |
| Defendants. | § § | |

## ORDER

The parties in this case have jointly filed a Stipulation of Dismissal with Prejudice (Doc. No. 20). In accordance with that Stipulation and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk is directed to **CLOSE** this case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 20th day of November, 2018.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE